**FILED**

06/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0071

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 20-0071

| | |
|---|---|
| DANIEL G. DEBUFF and SANDRA L. DEBUFF,<br><br>  Petitioners and Appellees,<br><br>v.<br><br>MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION, an agency of the State of Montana,<br><br>  Respondent and Appellant. | **ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER BRIEF** |

Pursuant to the authority granted under Mont. R. App. P. 26(1), based upon the *Unopposed Motion for Extension of Time to File Answer Brief* filed by Petitioners and Appellees Daniel G. DeBuff and Sandra L. DeBuff, and for good cause appearing;

IT IS HEREBY ORDERED, that the Answer Brief is due on or before August 5, 2020.

c: Brian C. Bramblett; Barbara Chillcott; John E. Bloomquist

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 24 2020